

PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

**The following constitutes
the order of the court. Signed March 11, 2016**

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                              Case No. 14-42766 CN

**GEORGIA LYNN STEVENSON,**         Chapter 13

                 Debtor.   <u>**ORDER DISMISSING CHAPTER 13 CASE**</u>
_____/

    IT IS HEREBY ORDERED that the debtor's Chapter 13 proceeding herein be, and hereby is, dismissed.

**END OF ORDER**

**COURT SERVICE LIST**

'No service required'